CITY OF EMERYVILLE V. SHERWIN-WILLIAMS        14165

# Attachment A

